UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Crim. File No. 24cr110 DWF |
| Plaintiff, | ) | |
| | ) | **INFORMATION** |
| v. | ) | |
| | ) | 18 U.S.C. § 1957 |
| JEANA LAUTIGAR, | ) | 26 U.S.C. § 7206(1) |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

1. At all times material to this Information, JEANA LAUTIGAR ("LAUTIGAR" or "the defendant") was a resident of the State and District of Minnesota. LAUTIGAR operated an accounting and payroll service under the names Edina Business Solutions, Inc. and Jeana Lautigar CPA, Inc.

2. To facilitate the payroll service she provided to her clients, LAUTIGAR was granted access to client bank accounts. On multiple occasions between 2016 and 2020, LAUTIGAR embezzled funds from her clients' bank accounts by conducting internet electronic transfers to move sums from client accounts into an account she controlled, in amounts appearing to be consistent with the clients' payroll, and then spending the money.

3. By using wire transfers and the internet, LAUTIGAR caused signs and signals to move by means of interstate wire communication.

4. LAUTIGAR also used some client funds to attempt to conceal the theft from other clients. For example, in 2020, LAUTIGAR stole from one

client's account to repay another client who had questioned the basis for an earlier transfer. As part of the lulling attempt, LAUTIGAR made a $19,458.29 transfer using funds embezzled from the first client's account.

5. The aggregate sum of embezzled funds was at least $344,813.

6. LAUTIGAR filed federal income tax returns for the years in which she engaged in the scheme. For tax years 2016 through 2020, LAUTIGAR failed to report the income she received by stealing from her clients. The tax loss from this underreporting of income totaled at least $84,746.

## Count 1
### (Monetary Transaction in Property Derived from Criminal Activity)

7. Paragraphs 1-6 are hereby re-alleged as if set forth fully herein.

8. On or about February 6, 2020, in the State and District of Minnesota and elsewhere, the defendant,

**JEANA LAUTIGAR,**

did knowingly engage and attempt to engage in a monetary transaction by, through, or to a financial institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000, namely, LAUTIGAR transferred $19,458.29 from an account she controlled at Franzen Bank and Trust, which funds were proceeds of a specified unlawful activity, namely wire fraud, into an account of another payroll client, all in violation of Title 18, United States Code, Section 1957.

## Count 2
### (False Income Tax Return)

9. Paragraphs 1-6 are hereby re-alleged as if set forth fully herein.

10. On or about August 10, 2018, in the State and District of Minnesota, the defendant,

**JEANA LAUTIGAR,**

a resident of Edina, Minnesota, did knowingly and willfully make and subscribe a federal Form 1040 individual income tax return for the year 2017, which was verified by a written declaration that it was made under the penalties of perjury and filed with the Internal Revenue Service, and which the defendant did not believe to be true and correct as to every material matter, that is, she reported on said return that her total income was $234,926, whereas, as she then and there knew, the correct figure was at least $326,259, all in violation of Title 26, United States Code, Section 7206(1).

## FORFEITURE ALLEGATIONS

As a result of the offense alleged in Count 1 of this Information, Monetary Transaction in Property Derived from Criminal Activity, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in violation of Title 18, United States Code, Section 1957, or any property traceable to such property.

<u>U.S. v. Jeana Lautigar</u>

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461(c).

                                                          Respectfully submitted,

                                                          ANDREW M. LUGER
                                                          United States Attorney

Dated: __April 29__, 2024        BY: ROBERT M. LEWIS
                                                           Assistant U.S. Attorney
                                                           Attorney ID No. 249488